# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency:** United States Postal Inspection Service

**City:** New Bedford
**County:** Bristol

**Related Case Information:**
- Superseding Ind./Inf.: _____  Case No.: _____
- Same Defendant: _____  New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

**Defendant Information:**

- Defendant Name: Joseph Smith
- Juvenile: ☐ Yes  ☒ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☒ No
- Alias Name: _____
- Address: 69 Nelson St, Apt. 2, New Bedford, MA 02744
- Birth date (Yr only): 1953  SSN (last 4#): 8201  Sex: M  Race: _____  Nationality: _____
- Defense Counsel if known: _____  Address: _____
- Bar Number: _____

**U.S. Attorney Information**

- AUSA: Benjamin A. Saltzman  Bar Number if applicable: 683169

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:** ☒ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2)  ☐ Yes  ☒ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:** Bristol House of Correction

**Arrest Date:** _____

- ☐ Already in Federal Custody as of _____ in _____.
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/6/2024   Signature of AUSA: /s/ Benjamin A. Saltzman

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joseph Smith

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of government benefits | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013